| AO-10 Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT** Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) RONEY, PAUL H | 2. Court or Organization U.S. Court of Appeals-11th Cir | 3. Date of Report 6/1/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Senior U. S. Circuit Judge | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address 200 Central Avenue Suite 1220 St. Petersburg, FL 33701-3326 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2004 JUN -7 A 11: 09 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income – (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | New York Life Ins. Policies | Policy Loans | J |
| 2. | Northern Trust Bank, St. Petersburg, FL. | Loans on Promissory Notes | M |

| Name of Person Reporting | Date of Report |
|---|---|
| RONEY, PAUL H | 6/1/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE    (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Adaptive Broadband Corp | A | Dividend | J | T | | | | | |
| 2. Agere Systems Inc | A | Dividend | J | T | | | | | |
| 3. AGL Resources Inc ~ | A | Dividend | J | T | Buy | 12/12 | J | | |
| 4. Alliance Growth and Income | A | Dividend | J | T | | | | | |
| 5. Alliance Premier Growth Fund | A | Dividend | J | T | | | | | |
| 6. Allied Capital Corp New | A | Dividend | J | T | Buy | 9/5 | J | | |
| 7. American Funds Growth | A | Dividend | J | T | | | | | |
| 8. Amsouth Bancorporation | A | Dividend | J | T | | | | | |
| 9. Analog Devices | A | Dividend | J | T | | | | | |
| 10. Applied Materials | A | Dividend | J | T | | | | | |
| 11. A T & T Wireless Services | A | Dividend | J | T | | | | | |
| 12. Bank One Corp | A | Dividend | J | T | | | | | |
| 13. Boeing Company | A | Dividend | J | T | Partial sale | 12/12 | J | A | |
| 14. Calamos Growth Fund | A | Dividend | J | T | | | | | |
| 15. Coca Cola Co Com | A | Dividend | | | Sell | 8/11 | J | A | |
| 16. Echelon Corp | A | Dividend | | | Sell | 12/17 | J | A | |
| 17. Euro Pacific Growth Fund | A | Dividend | J | T | | | | | |
| 18. Ford Motor Company | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| RONEY, PAUL H | 6/1/2004 |

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. General Electric | A | Dividend | J | T | | | | | |
| 20. Genesis Microchip | A | Dividend | J | T | | | | | |
| 21. Home Depot | A | Dividend | J | T | Partial Buy | 8/11 | J | A | |
| 22. Intl Business Mach | A | Dividend | J | T | Partial Sale | 9/4 | J | C | |
| 23. Jabil Circuit | A | Dividend | J | T | | | | | |
| 24. Jameson Inns | A | Dividend | | | Sell | 12/17 | J | A | |
| 25. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 26. Level 3 Communications | A | Dividend | | | Sell | 12/17 | J | A | |
| 27. LIR MNY MKT Fund | A | Dividend | J | T | Buy/sell | Vary | J | A | |
| 28. Lucent Technologies, Inc. | A | Dividend | J | T | | | | | |
| 29. Mercantile Bank Account | A | Interest | K | T | | | | | |
| 30. New York Life Policies | A | Dividend | J | T | | | | | |
| 31. North Carolina Vacant Property Parcel 1, Macon County, NC | | None | L | W | | | | | |
| 32. North Carolina Vacant Property Parcel 2, Macon County, NC | | None | M | W | Buy | 9/18 | L | | Jason Smith |
| 33. North Carolina Vacant Property Parcel 3, Macon County, NC | | None | K | W | Buy | 9/17 | K | | Jason Smith |
| 34. Northern Trust Bank Account | A | Interest | K | T | | | | | |
| 35. Pepsico | A | Dividend | J | T | Buy | 8/11 | J | | |
| 36. Pimco Total Return Fund Class C | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| RONEY, PAUL H | 6/1/2004 |

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. PTEK Holdings | A | Dividend | J | T | | | | | |
| 38. Raytheon | A | Dividend | J | T | | | | | |
| 39. RMA Government Portfolio | A | Dividend | K | T | Buy/sell | vary | J | A | |
| 40. SBC Communications | A | Dividend | J | T | | | | | |
| 41. SL Industries | A | Dividend | J | T | | | | | |
| 42. Sun Microsystems | A | Dividend | J | T | | | | | |
| 43. TECO Energy | A | Dividend | | | Sell | vary | J | A | |
| 44. Thornburg Value Fund | A | Dividend | J | T | | | | | |
| 45. UBS PW RET Money Fund | A | Interest | J | T | Buy/Sell | vary | J | A | |
| 46. United Community Bank (CD) | A | Interest | | | cashed in | 6/1 | K | A | |
| 47. US Treasury Bond 10.375%    10/15/09 | A | Interest | J | T | | | | | |
| 48. Verizon Communications | A | Dividend | J | T | | | | | |
| 49. Vodaphone Group PLC Spon ADR | A | Dividend | J | T | Partial sale | 12/17 | J | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | RONEY, PAUL H | 6/1/2004 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Part VII   Item 29.  Mercantile Bank Account inadvertantly omitted from prior reports
Part VII   Item 34.  Northern Trust Bank Account inadvertantly omitted from prior reports

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | RONEY, PAUL H | 6/1/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature         Date    6 | 1 | 0 4

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544